

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
#### JUDGMENT

John Fabela,      * From the County Court at Law No. 2 of Midland County, Trial Court No. CC21805.

Vs. No. 11-21-00178-CV      * June 29, 2023

Printz Property Management LLC,      * Memorandum Opinion by Bailey, C.J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we affirm the judgment of the trial court with respect to John Fabela's cause of action for negligence. However, we reverse the judgment of the trial court with respect to John Fabela's cause of action for breach of contract, and we remand that claim to the trial court for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed 75% against John Fabela and 25% against Printz Property Management LLC.